IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHARISSE STEPHENSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:25-cv-02906-K-BT |
| | § | |
| VIRGINIA WORKERS | § | |
| COMPENSATION COMMISSION, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated June 5, 2026 (ECF No. 46). Objections were filed on June 15, 2026 (ECF No. 55), and on June 19, 2026 (ECF No. 66). The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are OVERRULED, and the Court adopts as the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Motion for Default Judgment (ECF No. 13) is DENIED.

**SO ORDERED.**

**Signed June 30ᵗʰ, 2026.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE